Charles Anthony AUSTIN,
Petitioner–Appellant,

v.

FEDERAL BUREAU OF PRISONS;
M. Mitchell, in an official capacity,
Respondents–Appellees.

No. 10–6267.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 9, 2010.

Charles Anthony Austin, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellant.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Anthony Austin, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Austin v. Fed. Bureau of Prisons,* No. 6:09–cv–00485–MBS, 2010 WL 412815 (D.S.C. Jan. 27, 2010). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*